**UNITED STATES of America, Plaintiff–Appellee**

v.

**Carlos Ruben ZUNIGA, Defendant–Appellant.**

**No. 07–10122**
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Dec. 12, 2007.

Mark L. Nichols, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Carlos Ruben Zuniga, Fort Worth, TX, for Defendant–Appellant.

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

Carlos Ruben Zuniga pleaded guilty to illegal reentry after deportation and was sentenced to 60 months of imprisonment and three years of supervised release.

Zuniga argues on appeal that the district court erred in denying his motion to withdraw his guilty plea because, in accord with the factors listed in *United States v. Carr*, 740 F.2d 339, 343–44 (5th Cir.1984), he did not delay in filing his withdrawal motion, he did not have close assistance of counsel, and his plea was not knowing and voluntary because he erroneously thought he was going to be sentenced to 20 years of imprisonment. However, although Zuniga did quickly file his withdrawal motion, none of the remaining *Carr* factors weighed in his favor. *See Carr*, 740 F.2d at 343–44. Accordingly, the district court did not abuse its discretion in denying the

motion. *See United States v. Powell,* 354 F.3d 362, 370 (5th Cir.2003).

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.